IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, | No. 2:07-cv-01276 MCE DAD |
| Plaintiff, | |
| vs. | ORDER |
| RITH NOP, an individual, d/b/a COMPU-MEDIC SYSTEMS, | |
| Defendant. | |

The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636, et seq., and Local Rule 72-302(c)(19).

On March 11, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within twenty days. No objections to the findings and recommendations have been filed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 11, 2008, are adopted in full;

2. Plaintiff's January 31, 2008 motion for default judgment is granted; and

3. Plaintiff's proposed order awarding default judgment and proposed permanent injunction are filed concurrently with this order.

Dated: April 17, 2008

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE