Audra M. Mori, Bar No. 162850
Katherine M. Dugdale, Bar No. 168014
Jennifer N. Chiarelli, Bar No. 212253
PERKINS COIE LLP
1620 26th Street
Sixth Floor, South Tower
Santa Monica, CA  90404-4013
Telephone:  310.788.9900
Facsimile:  310.788.3399
AMori@perkinscoie.com
KDugdale@perkinscoie.com
JChiarelli@perkinscoie.com

Attorneys for Plaintiff
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                    Plaintiff,<br><br>     v.<br><br>RITH NOP, an individual, d/b/a COMPU-MEDIC SYSTEMS,<br><br>                    Defendant. | Case No. 2:07-CV-01276-MCE-DAD<br><br>ORDER GRANTING PLAINTIFF MICROSOFT CORPORATION'S MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANT RITH NOP D/B/A COMPU-MEDIC SYSTEMS |

Having considered Plaintiff Microsoft Corporation's ("Microsoft") Motion for Default Judgment and Permanent Injunction, the Memorandum of Law in Support of its Motion for Default Judgment and Permanent Injunction, the declarations of Selina Strait and Jennifer N. Chiarelli, the default entered by the Court's Clerk filed herein, the Complaint, and summons and proof of service, and all of the relevant papers and pleadings on file with the Court

**THE COURT ORDERS AS FOLLOWS**:

Microsoft's Motion for Default Judgment and Permanent Injunction Against Defendant Rith Nop, an individual, d/b/a Compu-Medic Systems is GRANTED.

1. Defendant Rith Nop, an individual, d/b/a Compu-Medic Systems ("Defendant") is liable to Microsoft for the willful infringement of the following copyrighted works:

    (a) TX 5-407-055 ("Windows XP Professional");

    (b) TX 5-837-617 ("Office Professional 2003");

    (c) TX 5-837-636 ("Office Excel 2003");

    (d) TX 5-900-087 ("Office Outlook 2003");

    (e) TX 5-852-649 ("Office PowerPoint 2003");

    (f) TX 5-837-618 ("Publisher 2003");

    (g) TX 5-900-088 ("Office Word 2003");

    (h) TX 5-877-513 ("Business Contact Manager for Outlook 2003"); and

    (i) TX 5-901-713 ("Access 2003").

2. Defendant is liable to Microsoft for willful trademark infringement under federal law, 15 U.S.C. §§ 1114 et seq. and 15 U.S.C. §§ 1125 et seq., resulting from their use in commerce of Microsoft's trade dress and use and imitation of the following Trademarks and/or Service Mark Registration Numbers:

    (a) 1,200,236 ("MICROSOFT");

    (b) 1,256,083 ("MICROSOFT");

    (c) 1,872,264 ("WINDOWS");

    (d) 2,744,843 (COLORED FLAG DESIGN);

    (e) 1,475,795 ("POWERPOINT");

1       (f)    1,741,086 ("MICROSOFT ACCESS");

2       (g)    2,188,125 ("OUTLOOK"); and

3       (h)    2,999,281 (COLOR FOUR SQUARE LOGO).

4    3.    Defendant is liable to Microsoft for unfair competition under federal law, 15 U.S.C. § 1125, and under the laws of the State of California.

6    4.    Microsoft is awarded $270,000 in statutory damages against Defendant under the Copyright Act.

8    5.    Microsoft is awarded $700,000 in statutory damages against Defendant under the Lanham Act.

10    6.    Microsoft is awarded $7,233.75 in attorneys' fees and costs against Defendant.

11    7.    Defendant shall be permanently enjoined from further infringing any of Microsoft's copyrights and trademarks. This Court contemporaneously issues a separate permanent injunction.

DATED: April 17, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE