1  Audra M. Mori, Bar No. 162850
   Katherine M. Dugdale, Bar No. 168014
2  Jennifer N. Chiarelli, Bar No. 212253
   PERKINS COIE LLP
3  1620 26th Street
   Sixth Floor, South Tower
4  Santa Monica, CA  90404-4013
   Telephone:  310.788.9900
5  Facsimile:  310.788.3399
   AMori@perkinscoie.com
6  KDugdale@perkinscoie.com
   JChiarelli@perkinscoie.com
7
   Attorneys for Plaintiff
8  MICROSOFT CORPORATION

9                          UNITED STATES DISTRICT COURT

10                         EASTERN DISTRICT OF CALIFORNIA

11

12 | MICROSOFT CORPORATION, | Case No. 2:07-CV-01276-MCE-DAD |
   |---|---|
13 | Plaintiff, | PERMANENT INJUNCTION AGAINST DEFENDANT RITH NOP D/B/A COMPU-MEDIC SYSTEMS |
14 | v. | |
15 | RITH NOP, an individual, d/b/a COMPU-MEDIC SYSTEMS, | |
16 | | |
17 | Defendant. | |

18         GOOD CAUSE HAVING BEEN SHOWN THEREFOR, IT IS HEREBY ORDERED

19 that Defendant RITH NOP, an individual, and d/b/a COMPU-MEDIC SYSTEMS and his agents,

20 servants, employees, representatives, successors and assignees, and all those acting in concert or

21 participation with them shall be, and hereby are, PERMANENTLY ENJOINED and restrained

22 from:

23         (a)     imitating, copying, or making any other counterfeit distribution of software

24 programs, components, end user license agreements ("EULAs"), Certificates of Authenticity

25 ("COAs") or items protected by Microsoft's registered trademarks and service marks, including,

26 but not limited to, the following Trademark and/or Service Mark Registration Numbers:

27                 (1)     1,200,236 ("MICROSOFT");

28                 (2)     1,256,083 ("MICROSOFT");

---

41826-5193/LEGAL13920808.1                                        CASE NO. 2:07-CV-01276-MCE-DAD

PERMANENT INJUNCTION

1         (3)      1,872,264 ("WINDOWS");

2         (4)      2,744,843 (COLORED FLAG DESIGN);

3         (5)      1,475,795 ("POWERPOINT");

4         (6)      1,741,086 ("MICROSOFT ACCESS");

5         (7)      2,188,125 ("OUTLOOK"); and

6         (8)      2,999,281 (COLOR FOUR SQUARE LOGO)

7 or the software programs, components, EULAs, COAs, items or things protected by the following

8 Certificate of Copyright Registration Numbers:

9         (1)      TX 5-407-055 ("Windows XP Professional");

10         (2)      TX 5-837-617 ("Office Professional 2003");

11         (3)      TX 5-837-636 ("Office Excel 2003");

12         (4)      TX 5-900-087 ("Office Outlook 2003");

13         (5)      TX 5-852-649 ("Office PowerPoint 2003");

14         (6)      TX 5-837-618 ("Publisher 2003");

15         (7)      TX 5-900-088 ("Office Word 2003");

16         (8)      TX 5-877-513 ("Business Contact Manager for Outlook 2003"); and

17         (9)      TX 5-901-713 ("Access 2003")

18 or any other works now or hereafter protected by any of Microsoft's trademarks or copyrights;

19     (b)    manufacturing, assembling, producing, distributing, offering for distribution,

20 circulating, selling, offering for sale, advertising, importing, promoting, or displaying any

21 software programs, component, EULA, COA, item or thing bearing any simulation, reproduction,

22 counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks or service

23 mark, including, but not limited to, the Trademark and Service Mark Registration Nos. listed in

24 Paragraph (a) above;

25     (c)    using any simulation, reproduction, counterfeit, copy, or colorable imitation of

26 Microsoft's registered trademarks or service mark including, but not limited to, the Trademark

27 and Service Mark Registration Nos. listed in Paragraph (a) above, in connection with the

28 manufacture, distribution, offering for distribution, sale, offering for sale, advertisement,

1  promotion, or display of any software, component, EULA, COA, item or thing not authorized or
2  licensed by Microsoft;

3      (d)    using any false designation of origin or false description which can or is likely to
4  lead the trade or public or individuals erroneously to believe that any software, component,
5  EULA, COA, item, or thing has been manufactured, produced, distributed, offered for
6  distribution, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or
7  for Microsoft, when such is not true in fact;

8      (e)    using the names, logos, or other variations thereof of any of Microsoft's copyrights
9  and/or trademark-protected software programs in any of Defendant's trade names;

10      (f)    engaging in any other activity constituting an infringement of any of Microsoft's
11  trademarks, service mark and/or copyrights, or of Microsoft's rights in, or right to use or to
12  exploit these trademarks, service mark, and/or copyrights, or constituting any dilution of
13  Microsoft's name, reputation, or goodwill; and

14      (g)    assisting, aiding, or abetting any other person or business entity in engaging in or
15  performing any of the activities referred to in paragraphs (a) through (f) above.

17  **IT IS SO ORDERED.**

18  DATED: April 17, 2008

20      MORRISON C. ENGLAND, JR
    UNITED STATES DISTRICT JUDGE